```
 1  LAW OFFICES OF PAUL DELANO WOLF
    PAUL DELANO WOLF, SBN 78624
 2  JAMES STEVENS, SBN 286646
    717 Washington Street, Second Floor
 3  Oakland, CA 94607
    (510) 451-4600 Telephone
 4  (510) 451-3002 Facsimile

 5  Attorney for Defendant
    WILLIAM WISE
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 12-0642 EMC |
| Plaintiff, | |
| v. | STIPULATED REQUEST TO CONTINUE SENTENCING FROM SEPTEMBER 18, 2013 TO DECEMBER 11, 2013 |
| WILLIAM J. WISE, | |
| Defendant. | |

The above captioned matter is set on September 18, 2013 before this Court for Sentencing. This stipulation is intended to cause the joinder of the Sentencing in this case with that of the related case (CR 12-0111 EMC), which has already been continued by earlier stipulation. Therefore, the parties jointly request that this Court vacate the September 18, 2013 date and set this matter for Sentencing on December 11, 2013 at 2:30 p.m.

SO STIPULATED.

_____        _____/s/_____
Date                          PAUL DELANO WOLF
                              Attorney for Defendant
                              WILLIAM J. WISE


_____        _____/s/_____
Date                          ROBIN HARRIS
                              Assistant United States Attorney

[PROPOSED] ORDER

IT IS HEREBY ORDERED for the reasons stated in the parties' stipulated request to continue Sentencing that the sentencing set for September 18, 2013 is vacated and sentencing in this matter is continued until December 11, 2013.

9/9/13
_____     _____
Date                             HONORABLE EDWARD M. CHEN
                                 United States District Court

